IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LISA GARMON,<br><br>    Plaintiff<br><br>    v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, et al.,<br><br>    Defendants | Case No. 1:18-cv-00505-JJM-LDA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lisa Garmon and Defendant Sun Life Assurance Company of Canada, by and through their attorneys of record, hereby stipulate to the dismissal with prejudice of all claims Plaintiff asserted or could have asserted herein, against Defendant. Each party shall bear her/its own attorney's fees, costs, and expenses of litigation.

DATED: January 11, 2019

| | |
|---|---|
| By: /s/ Mark B. Morse<br>Mark B. Morse<br>RI Bar No. 3003<br>Law Office of Mark B. Morse, LLC<br>420 Angell Street<br>Providence, RI 02906<br>Tel: (401) 831-0555<br>Fax: (401) 273-0937<br>Email: mark@morselawoffice.com<br><br>*Attorneys for Plaintiff Lisa Garmon* | /s/ Scott K. Pomeroy<br>Scott K. Pomeroy<br>RI Bar No. 6044<br>Ogletree, Deakins, Nash,<br>Smoak & Stewart, P.C.<br>One Boston Place, Suite 3500<br>Boston, MA 02108<br>Telephone: (207) 387-2961<br>Email: scott.pomeroy@ogletree.com<br><br>*Attorneys for Defendant Sun Life Assurance Company of Canada* |

## CERTIFICATE OF SERVICE

      I certify that I caused the foregoing document to be electronically filed on January 11, 2019, through the Court's CM/ECF system and that this document is available for viewing and downloading from the Court's CM/ECF system. All counsel of record have been served by electronic means.

Mark B. Morse
Law Office of Mark B. Morse, LLC
420 Angell Street
Providence, RI 02906
831-0555
Fax: 273-0937
Email: mark@morselawoffice.com

| | |
|---|---|
| Dated:   January 11, 2019 | /s/  Scott K. Pomeroy |
| | Scott K. Pomeroy |

36960174.1